2509 S. Stoughton Rd ◆ Madison WI 53716

Phone Number (608) 313-7819 or Toll Free (866) 393-4956

Hours: Mon – Thurs 7:00 AM – 9:00 PM Fri. 7:00 AM–5:00 PM Sat. 8:00 AM –12:00 PM



**STATE COLLECTION SERVICE INC**

September 18, 2017
Account #:

> **You may sign up for email notifications.**
> If you would like to receive notices by email, please visit:
> http://www.statecollectionservice.com/emailme. When you sign up for email notifications, please use the account number above.

The following is a list of your accounts and their current balances due this department at this time. Be advised, there may be other claims owing in a different department from this same office.

| Creditors: | Amount Owed: |
|---|---|
| ADVOCATE TRINITY | $1,016.40 |
| **Total Amount Due:** | **$1,016.40** |

PAYMENT OPTIONS:
1. Cash, check, credit card, debit card or money order.
2. E-Z Pay Line: Call 608-441-5010 or toll free 877-677-4862
3. Online at: www.statecollectionservice.com/paymybill

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

***Detach Lower Portion and Return with Payment***     57ONSTAT107412_52a523337

| IF PAYING BY CREDIT CARD, FILL OUT BELOW | |
|---|---|
| CIRCLE CARD USING FOR PAYMENT | |
| Card Number + 3 or 4-digit security code (on back of card) | AMOUNT |
| SIGNATURE | EXP. DATE |

PO Box 1280
Oaks PA 19456-1280
ADDRESS SERVICE REQUESTED

September 18, 2017

Frances McGee

State Collection Service, Inc.
PO Box 6250
Madison WI 53716-0250

Phone Number (608) 313-7819 or Toll Free (866) 393-4956

Account # 44574484
Amount: $1,016.40



EXHIBIT C